UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURESH ESWARAN,<br><br>             Plaintiff,<br><br>     v.<br><br>BUNMI AWONIYI, et al.,<br><br>             Defendants. | No.  2:25-cv-00978-TLN<br><br>**ORDER** |

Plaintiff Suresh Eswaran ("Plaintiff") proceeds in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302

On July 14, 2025, the magistrate judge filed findings and recommendations (ECF No. 10), which were served on Plaintiff which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On July 22, 2025, Plaintiff filed objections to the findings and recommendations.  (ECF No. 11.)

The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having carefully reviewed this matter including Plaintiffs' objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are ADOPTED in full;
2. Plaintiff's First Amended Complaint (ECF No. 7) is DISMISSED without leave to amend; and
3. The Clerk of the Court is directed to close this case.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE